Case 5:25-cv-00191   Document 3   Filed on 10/29/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **RODOLFO GONZALEZ RODRIGUEZ,** Petitioner, | § § § |
| V. | §   CIVIL ACTION NO. 5:25-CV-00191 |
| **PAMELA JO BONDI, TODD LYONS, KRISTI LYNN NOEM, MIGUEL VERGARA, and NORBAL VASQUEZ,** Respondents. | § § § § § § |

# ORDER

Before the Court is Petitioner's Petition for a Writ of Habeas Corpus, (Dkt. No. 1).

Based upon a review of the petition, the Court **ORDERS** Respondents to file a response and serve their response on Petitioner **no later November 14, 2025**. 28 U.S.C. § 2243. Should Petitioner wish to file a reply, she must do so **within seven days** after Respondents file their responses. S. Dist. Tex. L.R. 7.3. Gonzalez Rodriguez names Pamela Bondi, Attorney General; Todd Lyons, Director of Immigration and Customs Enforcement; Kristi Noem, Secretary of Homeland Security; Miguel Vergara, ICE Field Office Director of the Harlingen Field Office; and Norbal Vasquez, Warden of the Rio Grande Processing Center, as Respondents.

The Clerk of Court is **DIRECTED** to serve copies of the Petition, (Dkt. No. 1) and this Order on Respondents via certified mail, return receipt requested.

- Respondent Norbal Vasquez Warden of the Rio Grande Processing Center or designee may be served at 1001 San Rio Boulevard Laredo, TX 78046.
- Respondent Pamela Bondi or her designee may be served at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.
- Respondent Kristi Noem or her designee may be served at U.S. Department of Homeland Security, Office of the General Counsel, 245 Murray Lane, SW, Mail Stop 0485, Washington, DC 20528-0485.
- Respondent Miguel Vergara or his designee may be served at ICE, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington DC 20536-

5900.

- Respondent Todd Lyons or his designee may be served at ICE, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington DC 20536-5900.

In accordance with Federal Rule of Civil Procedure 4(i)(2), the Clerk of Court is also **DIRECTED** to serve a copy of the Petition, (Dkt. No. 1) and this Order on the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, through the Office's Civil Process Clerk, who may be served at 1000 Louisiana St., Suite 2300, Houston, TX 77002 via certified mail.

The Clerk is also **DIRECTED** to serve a copy of the Petition, (Dkt. No. 1) and this Order on the Civil Process Clerk at the United States Attorney's Office in Laredo, who may be served at 11204 McPherson Road, Suite 100A Laredo, Texas 78045 and via certified mail.

Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, the Court recognizes the timeliness of these proceedings. Therefore, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer.

It is so **ORDERED**.

**SIGNED** on October 29, 2025.

_____
John A. Kazen
United States District Judge