United States District Court
Southern District of Texas
**ENTERED**
December 02, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | |
|---|---|
| **RODOLFO GONZALEZ RODRIGUEZ,** §<br>Petitioner, §<br>§<br>VS. §<br>§<br>**PAMELA JO BONDI, TODD LYONS,** §<br>**KRISTI LYNN NOEM, MIGUEL** §<br>**VERGARA, and NORBAL VASQUEZ,** §<br>Respondents. § | **CIVIL ACTION NO. 5:25-CV-00191** |

## <u>ORDER</u>

On November 25, 2025, a district court in the Central District of California certified a nationwide class under Rule 23(b)(2). *Maldonado Bautista v. Santacruz, Jr.*, No. 5:25-CV-1873, 2025 WL 3288403, at *9 (C.D. Cal. Nov. 25, 2025) (certifying a class including "[a]ll noncitizens in the United States without lawful status who (1) have entered or will enter the United States without inspection; (2) were not or will not be apprehended upon arrival; and (3) are not or will not be subject to detention under 8 U.S.C. § 1226(c), § 1225(b)(1), or § 1231 at the time the Department of Homeland Security makes an initial custody determination"). The court previously granted petitioners partial summary judgment and then "extend[ed] the same declaratory relief granted to Petitioners to the Bond Eligible Class as a whole." *Id.*; *Maldonado Bautista v. Santacruz, Jr.*, No. 5:25-CV-1873, 2025 WL 3289861, at *11 (C.D. Cal. Nov. 20, 2025).

Accordingly, the parties are **ORDERED** to file advisories addressing whether Petitioner is a class member and the effect, if any, of the class certification and declaratory relief **by December 5, 2025**.

It is so **ORDERED**.

**SIGNED** on December 2, 2025.

John A. Kazen
United States District Judge