United States District Court
Southern District of Texas
**ENTERED**
August 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **RODOLFO GONZALEZ RODRIGUEZ,** | § | |
| Petitioner, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 5:25-CV-00191** |
| | § | |
| **TODD BLANCHE,** *et al.*,[1] | § | |
| Respondents. | § | |
| | § | |
| | § | |

## FINAL JUDGMENT

For the reasons and in the manner set forth in the Court's prior Memorandum Opinion & Order, (Dkt. No. 21), Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Dkt. No. 1), was **GRANTED**. Federal Respondents' Motion to Dismiss and, Alternatively, Motion for Summary Judgment, (Dkt. No. 11), was **DENIED**. In accordance with the Court's Order, Petitioner was provided with a bond hearing and released from custody on bond. (Dkt. No. 23 at 1).

Following the Court's Order and Petitioner's release, no live claims remain in this case.

The Clerk of the Court is **DIRECTED** to **TERMINATE** this case.

This is a **FINAL JUDGMENT**.

It is so **ORDERED**.

**SIGNED** on August 3, 2026.

John A. Kazen
United States District Judge

---

[1] Todd Blanche is automatically substituted for Pamela Bondi in this case under Federal Rule of Civil Procedure 25(d). The Clerk of Court is **DIRECTED** to substitute these parties on the docket.